UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DARCY M. FOLTING,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 8:18-cv-01260-DOC (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. No party filed timely objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security in this case and remanding the

matter for further administrative proceedings consistent with the Report and Recommendation.

Dated: August 19, 2019

_David O. Carter_
DAVID O. CARTER
United States District Judge