UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DARCY MARIE FOLTING,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>   Defendant. | No. 8:18-cv-01260-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 28), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $8,500.00 under 28 U.S.C. § 2412(d) and costs of $400.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: November 04, 2019

_____
JOHN D. EARLY
United States Magistrate Judge